JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and DANIEL WILLIAMS, for and on behalf of International Union of Painters and Allied Trades Industry Pension Fund, Finishing Trades Institute, and Painters and Allied Trades Labor Management Cooperation Initiative ("IUPAT Industry Pension Funds"),<br>Plaintiffs,<br>v.<br>MOWERY THOMASON, INC.; TODD JOSEPH HEIMERL, an individual, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-3097 AB (Ex)<br>Honorable Andre Birotte, Jr.<br>***[~~PROPOSED~~]* ORDER RE STIPULATION OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), this case is <u>**DISMISSED**</u> without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This Court will retain limited jurisdiction to enforce the

terms of the settlement agreement and Stipulation of Judgment, until full performance of the terms.

**SO ORDERED.**

Dated: September 17, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE